| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Roksana D. Moradi-Brovia (Bar No. 266572)<br>Matthew D. Resnik (Bar No. 182562)<br>RESNIK HAYES MORADI LLP<br>17609 Ventura Blvd., Suite 314<br>Encino. CA 91316<br>Telephone: (818) 285-0100<br>Facsimile: (818) 855-7013<br>roksana@RHMFirm.com<br>matt@RHMFirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>ROBERT WADE CLIPPINGER,<br><br>Debtor(s). | CASE NO.: 2:20-bk-19680-BR<br>CHAPTER: 11<br><br>CONDITIONAL<br>**NOTICE OF NON-OPPOSITION** |
|---|---|
| vs.<br><br>Movant(s),<br><br><br><br>Respondent(s). | DATE: 12/08/2020<br>TIME: 10:00 am<br>COURTROOM: 1668<br>PLACE: 255 E. Temple Street<br>Los Angeles, CA 90012 |

1. TO THE MOVANT (*specify name*): United States Trustee ("UST")
2. NOTICE IS HEREBY GIVEN that the ☒ Debtor ☐ chapter ___ trustee ☐ other (*specify*): _____
   ROBERT WADE CLIPPINGER_____, in the above-entitled proceeding does not oppose the granting of the following motion or application (*specify*): MOTION UNDER 11 U.S.C. §1112(b)(1) TO CONVERT, DISMISS OR APPOINT A CHAPTER 11 TRUSTEE (Dkt. No. 19) -- the Debtor already filed a Motion to Dismiss Chapter 11 Case (Dkt. No. 16) on Nov. 11, 2020 and he therefore does not oppose the UST's request for dismissal.

Date: 11/23/2020

RESNIK HAYES MORADI LLP
Printed name of law firm

/s/ Roksana D. Moradi-Brovia
Signature
Roksana D. Moradi-Brovia
Printed name
Debtor
Attorney for (*specify*)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9013-1.4.NOTICE.NONOPPOSITION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

17609 Ventura Blvd., Suite 314, Encino, CA 91316.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF NON-OPPOSITION will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/23/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.**  **SERVED BY UNITED STATES MAIL**: On (*date*) 11/23/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

No Judge's Copy required for documents less than 25-pages per GENERAL ORDER 20-06 - IN RE: PROCEDURES FOR PHASED REOPENING DURING COVID-19 PUBLIC EMERGENCY.

Robert Wade Clippinger
101 S. Norton Ave.
Los Angeles, CA 90004

☐ Service information continued on attached page

**3.**  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/23/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/23/2020 | Ja'Nita Fisher | /s/ Ja'Nita Fisher |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com**
- **Ron Maroko    ron.maroko@usdoj.gov**
- **Roksana D. Moradi-Brovia    roksana@rhmfirm.com, matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com**
- **Martin W. Phillips    marty.phillips@att.net**
- **Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**