PETER C. ANDERSON
UNITED STATES TRUSTEE
Jill M. Sturtevant, State Bar No. 089395
Assistant United States Trustee
Ron Maroko, State Bar No. 124770
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017-5418
(213) 894-4520 telephone
(213) 894-2603 facsimile
Ron.maroko@usdoj.gov

FILED & ENTERED

DEC 03 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:

**ROBERT WADE CLIPPINGER,**

Debtor

Case No. 2:20-bk-19680 BR

Chapter 11

ORDER APPROVING STIPULATION DISMISSING CASE WITH A ONE YEAR BAR AGAINST REFILING (DOC 19)

DATE: December 8, 2020
TIME: 10:00 am
CTRM: 1668
255 E. Temple Street
Los Angeles, CA 90012

Upon consideration of the stipulation filed on December 2, 2020 ("Stipulation"; Doc 28) resolving the United States Trustee's motion to convert, dismiss, or appoint a chapter 11 trustee under 11 U.S.C. §1112(b) (Doc 19), that no objection has been filed to that motion and therefore the motion is uncontested, and good cause appearing, the Court orders:

1. The Stipulation by and between the United States Trustee and debtor Robert Wade Clippinger ("Debtor") is APPROVED.

2. IT IS HEREBY ORDERED that this case is DISMISSED.

3. Debtor may not file another bankruptcy petition under title 11 for a one-year period commencing on the date of the entry of this Order.

4. Debtor shall pay $325.00 to the United States Trustee for fees owing under 28 U.S.C. § 1930(a)(6) for the fourth quarter, 2020. Such payment shall be made within two weeks

1

1  from December 2, 2020.

2      5.    By virtue of Debtor's withdrawal of his motion to dismiss his case (Doc 16), as described in the Stipulation, and the approval of the Stipulation in this Order, the hearing date of December 8, 2020 on both motions are vacated and taken off-calendar.

    IT IS SO ORDERED.

# # #

Date: December 3, 2020

_____
Barry Russell
United States Bankruptcy Judge